■ In the Matter of Donald A. Goldstein, Appellant, v Richard J. Bartlett, as State Administrative Judge, Respondent.—On transfer from the Appellate Division, Third Department, judgment, Supreme Court, Albany County, entered on January 18, 1978, unanimously affirmed on the

opinion of Gibson, J., without costs and without disbursements. (See *Matter of Klingaman v Bartlett,* 64 AD2d 1038.) Concur—Kupferman, J. P., Silverman, Evans, Lynch and Sandler, JJ. [92 Misc 2d 262.]